**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____  Chapter ___11___

☐ Check if this is an
   amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Precision Manufacturing Group, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-3049373 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 2176 E. Laketon Ave.<br>Muskegon, MI 49442<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Muskegon<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    http://www.pem-inc.com/

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor ___Precision Manufacturing Group, Inc.___   Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___3329___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor    Precision Manufacturing Group, Inc.
_____Name_____

Case number (*if known*) _____

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | Case number, if known | |
| | When | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Precision Manufacturing Group, Inc.                                    Case number (*if known*) _____
_____
Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 4, 2026
_____
MM / DD / YYYY

**X** /s/ Scott Tilma                                    Scott Tilma
_____        _____
Signature of authorized representative of debtor        Printed name

Title    Shareholder/CEO
_____

**18. Signature of attorney**

**X** /s/ Steven M. Bylenga                              Date    May 4, 2026
_____                _____
Signature of attorney for debtor                        MM / DD / YYYY

Steven M. Bylenga P73492
_____
Printed name

CBH Attorneys & Counselors, PLLC.
_____
Firm name

MAIN OFFICE
25 Division Avenue S., Suite 500
Grand Rapids, MI 49503
_____
Number, Street, City, State & ZIP Code

Contact phone    616-608-3061          Email address    nikki@chasebylenga.com
_____                            _____

P73492 MI
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name ___Precision Manufacturing Group, Inc.___

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___May  4, 2026___          **X** /s/ Scott Tilma
                                             Signature of individual signing on behalf of debtor

                                             Scott Tilma
                                             Printed name

                                             Shareholder/CEO
                                             Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name | Precision Manufacturing Group, Inc.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Arthur and Marcy Gajewski 1875 Oak Berry Circle Wellington, FL 33414 | | All Asset | | $150,000.00 | $0.00 | $150,000.00 |
| Byline Bank Attn: Loan Operations 13925 W North Ave Brookfield, WI 53005 | | All Asset Lien and Mortgae on Real Property Owned by Co-Borrower | | $1,002,417.00 | $0.00 | $1,002,417.00 |
| Byline Bank Attn: Loan Operations 13925 W North Ave Brookfield, WI 53005 | | All Asset | | $1,086,013.00 | $808,859.00 | $277,154.00 |
| Byline Bank Attn: Loan Operations 13925 W North Ave Brookfield, WI 53005 | | All Asset | | $80,839.00 | $0.00 | $80,839.00 |
| Byline Bank Attn: Loan Operations 13925 W North Ave Brookfield, WI 53005 | | All Asset | | $70,060.00 | $0.00 | $70,060.00 |
| Chase Card PO Box 15298 Wilmington, DE 19850 | | Credit Services | | | | $69,688.63 |
| Consumers Energy Bankruptcy Dept. Po Box 740309 Cincinnati, OH 45274-0309 | | Utilities | | | | $4,748.82 |
| Great Lakes Machine Solutions 1644 Franklin Ave Grand Haven, MI 49417 | | Vendor Debt | | | | $2,411.04 |

Debtor   Precision Manufacturing Group, Inc.
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Harbor Steel & Supply Corp 1115 East Broadway PO Box 4250 Muskegon, MI 49444-0250 | | Vendor Debt | | | | $27,965.05 |
| Joseph T. Ryerson & Son 24487 Network Place Chicago, IL 60673-1244 | | Vendor Debt | | | | $41,661.76 |
| JS Custom Sales, LLC 12887 Woodbriar LN Grand Haven, MI 49417 | | Vendor Debt | | | | $3,948.41 |
| MG Laser, Inc. 215 Forest Ave Oak Park, IL 60302 | | Vendor Debt | | | | $7,467.08 |
| Miller Johnson Attn Accounting Dept Po Box 306 Grand Rapids, MI 49501-0306 | | Attorney Fees | | | | $12,211.25 |
| Mitsubishi Capital America 800 Connecticut Ave. Norwalk, CT 06854 | | Judgment - Deficiency from Leased Equipment | | | | $444,930.90 |
| Muskegon Community College ATTN: STEPHANIE BRIGGS 221 S QUARTERLINE RD Muskegon, MI 49442 | | | | | | $2,350.00 |
| Phoenix Metals P.O. BOX 932589 Atlanta, GA 31193-2589 | | Vendor Debt | | | | $47,163.00 |
| Priority Health 3915 MOMENTUM PLACE Chicago, IL 60689-5339 | | Health Insurance | | | | $13,461.47 |
| Small Business Administration Office of Manag. and Budget New Executive Office Room 10202 Washington, DC 20503 | | All Asset | | $489,857.00 | $0.00 | $489,857.00 |

Debtor     Precision Manufacturing Group, Inc.                                  Case number *(if known)*  _____
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Spartan Precision Machining 135 MASON DRIVE Coopersville, MI 49404 | | Vendor Debt | | | | $4,122.76 |
| Spec Abrasives and Finishing 543 W. SOUTHERN AVE Muskegon, MI 49441 | | Vendor Debt | | | | $3,640.00 |

**Fill in this information to identify the case:**

Debtor name    Precision Manufacturing Group, Inc.

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

     1a. **Real property:**
     Copy line 88 from *Schedule A/B*.................................................................................................    $     0.00

     1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*............................................................................................    $     808,859.81

     1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*..............................................................................................    $     808,859.81

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $     2,879,186.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $     0.00

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$     695,493.28

4. **Total liabilities** ................................................................................................................................
     Lines 2 + 3a + 3b      $     3,574,679.28

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Precision Manufacturing Group, Inc. |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property         **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2.    **Cash on hand** | $100.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Lake Michigan Credit Union(xxx7166-01) Checking Account | Business Checking | 7166 | $101.00 |
| 3.2. | Lake Michigan Credit Union (XXX-7166-00) | Business Savings Account | 7166 | $0.00 |
| 3.3. | Huntington National Bank (XXXX7065) Business Checking Account | Business Checking | 7065 | $11,827.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $12,028.00 |
   |---|

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

Debtor     Precision Manufacturing Group, Inc.                              Case number *(If known)* _____
                     Name

Description, including name of holder of deposit

7.1.  Security Deposits held by Third Parties                                                            $0.00

---

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

     8.1.  Prepaid Expenses: COBRA, Software Licenses (annual), Medicare (quarterly), estimated
           remainig retainer with CBH.                                                                  $4,706.00

---

9.   **Total of Part 2.**                                                                               $4,706.00

     Add lines 7 through 8. Copy the total to line 81.

Part 3:       **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

         11a. 90 days old or less:     353,968.00     -              0.00   = ....            $353,968.00
                                       face amount            doubtful or uncollectible accounts

---

12.      **Total of Part 3.**                                                                $353,968.00

         Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

Part 4:       **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Part 5:       **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Raw Materials (Including WIP): Book Value = $65,112.86; Estimated Liquidation Value (50%) = $32,556.43 | | $65,112.86 | Liquidation | $32,556.43 |

20.      **Work in progress**

21.      **Finished goods, including goods held for resale**

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property                        page 2

Debtor **Precision Manufacturing Group, Inc.**  Case number *(If known)* _____
Name

22. **Other inventory or supplies**

23. **Total of Part 5.**                                          $32,556.43
    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**
27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**
38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Office Furniture and Fixtures: Book Value $16,006; Estimated Liquidation Value = $14,650 (See Attached Exhibit A for Estimated Liquidation Value) | $16,006.00 | Liquidation | $14,650.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Computers and Elecontric Equipment: Book Value = $2633; Estimated Liquidation Value = $2,425 (See Attached Exhibit A for Estimated Liquidation Value) | $2,633.00 | Liquidation | $2,425.00 |
| Software: Bookvalue = $0.30; Estimated Liquidation Value =$1.00 | $0.00 | | $1.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
    books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
    collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                          $17,076.00
    Add lines 39 through 42.  Copy the total to line 86.

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 3

Debtor   Precision Manufacturing Group, Inc.                    Case number *(If known)* _____
_____
         Name

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  Vehicle: Book Value = $13,207 (excluding Fork Trucks, which are included in Equipment); Estimated Liquidation Value = $35,500.00<br>2019 Ford Transit 3500 Van = $9,500<br>2023 USA Trailer = $8,500.00<br>2000 Yale Forktruck = $7,500.00<br>2014 Mitsubishi Forktruck = $10,000.00<br><br>(See Attached Exhibit A for Estimated Liquidation Value) | Unknown | Liquidation | $35,500.00 |
| **48.  Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.  Aircraft and accessories** | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Machinery and Equipment with Book Value of $303,250 and Estimated Liquidation Value of $349,650.00 (See Attached Exhibit A for Estimated Liquidation Value) | $303,252.00 | Liquidation | $349,650.00 |

51.  **Total of Part 8.**                                                        | $385,150.00 |

     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 9: | Real property |
| --- | --- |

Debtor ___Precision Manufacturing Group, Inc.___     Case number *(If known)* _____
       Name

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   Debtor leases real property located at 2176 E. Laketon Ave., Muskegon, Michigan 49442.  Debtor leases the premises from Robyn's Nest, LLC, which is a holding company owned by Debtor's shareholders. | Lease | $0.00 | | $0.00 |

56.     **Total of Part 9.**                                                             $0.00

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 10:**     **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

**Part 11:**     **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

                                                               **Current value of debtor's interest**

71.     **Notes receivable**
Description (include name of obligor)

Debtor    Precision Manufacturing Group, Inc.                    Case number *(If known)*  _____
               Name

Loans receivable from:
Scott/Lisa Tilma: $58,318.19 (owners
likely filing personal bankruptcy;
uncollectible)
C. Tilma: $918.05
L. Tilma: $2,457.33
Cameron Motors: $35,250.71 (believed
uncollectible)
Robyn's Nest: Balance Sheet lists a
receivable from Robyn's Nest of
$457,560.93.  However, no receivable is
owed.  Entry is for accounting purproses
related to expenes Debtor paid for
Robyn's Nest as part of Lease.

| 3,375.38 | - | 0.00 | = | |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | |

$3,375.38

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**
Commercial Property, Commerical General Liability, and
Commercial Umbrella Policy (through 05/015/2026 - will be
renewed)
Fremont Insurance
Lenz Balder Insurance
340 120th Ave.
Holland, Michigan 49424

$0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

| $3,375.38 |
|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor      Precision Manufacturing Group, Inc.                          Case number *(If known)* _____
            Name

## Part 12:      Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $12,028.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,706.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $353,968.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $32,556.43 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $17,076.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $385,150.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3,375.38 | |
| 91. **Total.** Add lines 80 through 90 for each column | $808,859.81 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $808,859.81 |

Sheet1

**INITIAL LIST AS OF JULY 24, 2018**

| SHARED SHOP EQUIPMENT | Equipment Type | Model | S/N | ESTIMATED New | | Estimated Value | 2025 Liquidation Value |
|---|---|---|---|---|---|---|---|
| ATLAS COPCO | AIR COMPRESSOR | GAVSD+ | AP1255-460 | 2015 | | $25,000.00 | $5,000.00 |
| ATLAS COPCO | AIR COMPRESSOR | GX7P-EL | CA1804140 | 2015 | | | scrap |
| FORD | DELIVERY VAN | 2000 E-350 | | 2000 | | $5,000.00 | totaled |
| YALE | FORK TRUCK | GLC050RDJUAV083 LP | 1460002 | | | $10,000.00 | $7,500.00 |
| VARIOUS | MEASUREMENT DEVICES | HEIGHT GAGES, CALIPERS, MICROMETERS, ID MEASURING MICS, ETC | | | | $5,000.00 | $1,500.00 |
| | WATER COOLER | COLD & HOT WATER MACHINE | LK20140913 | | BREAK AREA | $500.00 | $100.00 |
| UNITED | SCALE | FOR WEIGHING SKIDS FOR SHIPPING | | ~2014 | | $1,000.00 | $250.00 |
| CRAFTSMAN | SNOW BLOWER | 4HP, 21", 4 CYCLE | | ~2012 | | $750.00 | scrap |
| VARIOUS | SHOP CARTS | MOVE PARTS BETWEEN OPERATIONS (6 PLASTIC & 1 METAL) | | | | | |
| VARIOUS | RACKS/CABINETS | MATERIAL RACKS, STORAGE RACKS, HAZARDOUS MATERIAL CABINETS | | | | | |
| VARIOUS | DESKS/TABLES | SHOP TABLES, DESKS & CHAIRS & STOOLS | | | | | |
| VARIOUS | HAND DRILLS | DRILLS & BITS | | | | | |
| VARIOUS | ORBITAL SANDERS | HAND SANDERS | | | | $5,000.00 | $2,500.00 |
| VARIOUS | RIGHT ANGLE GRINDER | METAL FINISHING | | | | | |
| DEWALT | SAWZALL | | | | | | |
| CRAFTSMAN | JIG SAW | | | | | | |
| CRAFTSMAN | CIRCULAR SAW | | | | | | |
| INTERNATIONAL | TOOL CABINET | 9 DRAWER | | | WELDING | | |
| MAC TOOLS | SANDBLAST CABINET | SANDBLAST CABINET | | | | $1,200.00 | $500.00 |
| IN HOUSE | CAGE | FORK TRUCK LIFT CAGE | | | | | $250.00 |
| STIHL | BRUSH CUTTER | | | | | | scrap |
| | EXTENSION LADDER | 20 FOOT | | | | | $50.00 |
| | STEP LADDER | 6 FOOT | | | | | $25.00 |
| | STEP LADDER | 4 FOOT | | | | | $25.00 |
| | PROPANE TANKS FOR FORK TRUCK | RE-FILLABLE  PRL 33, QUANTITY = 3 TANKS | | MARCH 2017 | | | $300.00 |
| CENTURION | GENERATOR | 5kW | | | | | gone |
| FORD | DELIVERY VAN | 2004 E-350 | | 2004 | | $5,000.00 | totaled |
| FORD | DELIVERY VAN | 2019 TRANSIT 3500 | | 2019 | | $11,000.00 | $9,500.00 |
| USA TRAILER | EQUIPMENT TRAILER | 2023 USA TRAILER | | 2023 | | $11,725.00 | $8,500.00 |
| Harbor Steel | | Steel Racks | | 2021 | | $3,107.38 | $1,500.00 |
| Rolleri | | Die for Bridgeport Break Press | | 2021 | | $5,650.00 | $0.00 |
| Purity Cylinder Gas | | Power Wave Welder | | 2021 | | $7,553.33 | $2,500.00 |
| MICHFAB Machinery | | Brake Press 8 ft 30 Degree Die | | 2021 | | $688.82 | $500.00 |
| Purity Cylinder Gas | | MIG Welder | | 2021 | | $2,658.37 | $1,500.00 |
| MICHFAB Machinery | | Brake Press Back Stop Manual  z-Axix, Non-Motor Side-Component | | 2021 | | $1,844.64 | $0.00 |
| MICHFAB Machinery | | Brake Press Halkin Tool | | 2021 | | $1,807.55 | $0.00 |
| Westbrook Engineering | | Used Band Saw | | 2021 | | $1,125.72 | $750.00 |
| Perfection Industrial Sales | | 2011 Haas VF-2 | | 2021 | | $25,800.00 | $25,000.00 |
| Facebook-Cam | | Used Stud Welder | | 2021 | | $500.00 | $500.00 |
| VanderZiel Machinery | | Kaeser 30HP Rotary Screw Air Compressor & Air Dryer | | 2021 | | $6,500.00 | $5,000.00 |
| orrision Ind-Buy to Sell 18 Mo | | Refurbished Advance SC750 26" Disc Walk behind floor scrubber | | 2021 | | $5,400.00 | $10,000.00 |
| Industrial Lease-36 Mo | | Used 2014 Mitsubishi Cushion Tire Forklift – FGC30N | | 2021 | | $15,000.00 | $10,000.00 |
| Arrow Industrial Sales | | Used Keller Dust Collector | | 2022 | | $2,500.00 | $2,500.00 |
| Cash | | Used Welder | | 2022 | | $3,700.00 | $2,500.00 |
| Heneveld Industrial Group | | Dust collector Ductwork for Small Laser | | 2022 | | $2,799.10 | $0.00 |
| Air Component | | Refrigerated Dryer | | 2022 | | $4,059.54 | $1,500.00 |
| Heneveld Industries | | QUICK FIT DUCTWORK 12' DIA QF 90 DEGREE ELBOW, GALVANIZED | | 2022 | | $244.60 | $0.00 |
| | | Mazak Laser | | 2022 | | $721,201.67 | GONE |
| PT Solutions | | 2-6"-9.0" Kurt Crossover Vise 6" | | 2022 | | $1,395.83 | $500.00 |
| VanderZiel Machinery | | Hand Surface Grinder | | 2022 | | $4,750.00 | $2,500.00 |
| American Storage | | Pallet Racks-1/31/22 | | 2023 | | $2,197.55 | $1,000.00 |
| Speed Rack | | Pallet Racks-2/11/22 | | 2023 | | $1,908.00 | $1,000.00 |
| Turner Industries | | 11042 Haeger Model HP6-C Insertion Press S/N 1842 | | 2023 | | $9,650.00 | $5,000.00 |
| Speed Rack | | 5-Pallet Racks | | 2023 | | $3,077.40 | $1,500.00 |
| VanderZiel Machinery | | 15944 DENGENSHA 120 KVA SPOT WELDER, MODEL NDZ-100-41BNU-R-D | | 2023 | | $2,500.00 | $2,500.00 |

| WELDING & FAB | | | | | | | |
|---|---|---|---|---|---|---|---|
| VESTERN ARCTRONIC | SPOT WELDER | 50 kVA | FH002 | | | $1,500.00 | $500.00 |
| MILLER | TIG WELDER | 200 | MC050344L | | | $2,500.00 | $1,000.00 |
| MILLER | TIG WELDER | 180 | KK060626 | | | $2,000.00 | $1,000.00 |
| MILLER | MIG WELDER | 252 | MB090298N | | | $2,500.00 | $1,000.00 |
| MILLER | MIG WELDER | 252 | ME072237N | | | $2,500.00 | $1,000.00 |
| Lincoln | TIG WELDER | USED | | | USED 2025 | $850.00 | $850.00 |
| PEM | PEMSERTER | | PS-3-2022 | ~2008 | | $1,500.00 | $500.00 |
| PEM | PEMSERTER | | PS-3-3953 | 2017 | | $1,500.00 | $500.00 |
| PEM | PEMSERTER | | PS-3-4505 | 2017 | BOUGHT USED IN 2017 | $1,500.00 | $500.00 |
| DELTA | DRILL PRESS/TAPPER | MODEL 11-950 TYPE 2 | W0008 | ~2010 | | $1,200.00 | $500.00 |
| CENTRAL MACHINERY | BENCH TAPPER | MODEL 35456 | | | | | $500.00 |
| | DUST COLLECTOR | BY METAL FINISHING BENCH | | | NOT USED | | gone |
| CENTRAL MACHINERY | BENCH GRINDER | ¾ HP, 3600 RPM | | | WELDER | | $50.00 |

| LASERS | | | | | | | |
|---|---|---|---|---|---|---|---|
| MAZAK | 1 kW LASER | TURBO-X 48 | 111007 | 1996 | | $75,000.00 | $5,000.00 |
| MAZAK | 1 kW LASER | TURBO-X 48 | 140133 | 1998 | | $75,000.00 | $5,000.00 |
| MAZAK | 4 kW LASER | OPTIPLEX 3015 II | 261355 | 2015 | | $425,000.00 | $125,000.00 |
| ROBOVENT | DUST COLLECTOR | PLASER | 24347 | 2015 | | $25,000.00 | $5,000.00 |
| ACCOLIFT | CHAIN HOIST | 2130050-VFD | 1409174 | 2015 | | $5,000.00 | $500.00 |
| VARIOUS | LASER PARTS | SPARE PARTS FOR LASERS (INCLUDES LENSES) | | | | $5,000.00 | $500.00 |
| II-VI INFRARED | LENS STRESS ANALYZER | LSA v2.0 | | 2017 | | | $250.00 |
| DEWALT | BENCH GRINDER | | | | LASER 02 | $500.00 | $50.00 |
| CENTRAL MACHINERY | BELT SANDER | | | | OPTIPLEX | $1,500.00 | $100.00 |
| HP | PC | PRODESK 405 G1 MT | | 2014 | LASER 01 | $1,000.00 | $0.00 |
| HP | PC | PRODESK 405 G1 MT | | 2014 | LASER 02 | $1,000.00 | $0.00 |
| DELL | PC | VOSTRO i5 | | 2015 | OPTIPLEX | $750.00 | $0.00 |
| | NITROGEN REGULATOR | HIGH PRESSURE FOR OPTIPLEX | | 2015 | | $500.00 | $100.00 |
| | NITROGEN REGULATOR | 2 UNITS FOR THE 1 kW LASERS | | | | $500.00 | $100.00 |
| | LASER GAS REGULATOR | 3 UNITS, ONE FOR EACH LASER | | | | $500.00 | $100.00 |
| | OXYGEN REGULATOR | 3 UNITS, ONE FOR EACH LASER | | | | $500.00 | $100.00 |
| | LASER GAS TANK | LZ3 T (2 TANKS) | | 2017 | | $500.00 | $250.00 |
| | LASER GAS TANK | LZ4 T (2 TANKS) | | 2017 | | $500.00 | $250.00 |

| BENDING | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACCURPRESS | 8' BRAKE PRESS, 60T | 7608 | | | | $30,875.00 | $20,000.00 |
| ACCURPRESS | 12' BRAKE PRESS, 175T | 717512 | 10653 | 2010 | | $50,000.00 | $35,000.00 |
| DAKE | ARBOR PRESS | 1.5 T | | 2013 | | $3,500.00 | $500.00 |
| VARIOUS | BEND TOOLING | 8' AND 12' SETS PLUS CUSTOM MADE TOOLS | various | | | $25,000.00 | $2,500.00 |
| | GRANITE | 36 X 24 X 6 | | | BEND MEASURING | $4,000.00 | $500.00 |

| MACHINING | | | | | | | |
|---|---|---|---|---|---|---|---|
| BRIDGEPORT | KNEE MILL | SERIES 1 | 190864 | | | $2,500.00 | $2,000.00 |
| | MILL VICE @ BRIDGEPORT | ROTATING VICE | | | | $750.00 | $250.00 |
| HAAS | CNC MILL | HAAS TM-2P | 1099556 | 2013 | | $25,000.00 | $20,000.00 |
| HAAS | CNC LATHE | HAAS TL-1 | 3094110 | 2013 | | $20,000.00 | $10,000.00 |
| HAAS | CNC MILL | HAAS VF-2 | 1144213 | 2017 | | $50,000.00 | $25,000.00 |
| TE-CO | MILL VICE | 6X9 | | 2013 | | $750.00 | $250.00 |
| TE-CO | MILL VICE | 6X9 | | 2015 | | $750.00 | $250.00 |
| KURT | MILL VICE | 6X9 | | 2017 | | $750.00 | $250.00 |
| KURT | MILL VICE | 6X9 | | 2017 | | $750.00 | $250.00 |
| | DIVIDING HEAD | MILL DIVIDING HEAD FOR HOLDING ROUND PARTS | | 2016 | | $1,500.00 | $250.00 |
| | PIN GAGE SET | .011" – 1.000" BY .001" INCREMENTS | | | CNC ROOM | $250.00 | $150.00 |
| | GAGE BLOCKS | | A2787 | | CNC ROOM | $500.00 | $150.00 |
| | PARTS TUMBLER | | | 2015 | | $2,500.00 | scrap |
| VARIOUS | MILL TOOLS | COLLETS, MILLS & INSERTS,SOLID CARBIDE MILLS, DRILLS, CSK'S, ETC | | 2013+ | | $2,500.00 | $1,000.00 |
| VARIOUS | LATHE TOOLS | HOLDERS, TOOL HOLDERS & INSERTS, CHUCKS, ETC | | 2013+ | | $2,000.00 | $500.00 |
| | GRANITE | 18 X 12 X 3 | | | CNC MEASURING | $500.00 | $150.00 |
| BAYLEIGH | SAW | BAND SAW | BS 210 | 2013 | | $2,500.00 | $500.00 |
| CAL-HAWK | DRILL PRESS | MODEL 240-2127 | | | | $1,000.00 | $500.00 |

Sheet1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| JET | DRILL PRESS | MODEL JDP-17DX | | ~2015 | | $1,000.00 | $500.00 |
| JET | SANDER | SMALL SANDER FOR PART DE0BURR | | 2013 | | $1,000.00 | scrap |
| CENTRAL MACHINERY | SANDER | BELT SANDER | | 2014 | MACHINE ROOM | $1,000.00 | scrap |
| JET | VERTICAL BAND SAW | MODEL 414500 | | | | $1,500.00 | $750.00 |
| CUSTOM ADAPTED | NORDIC LOGO PLATE POLISHER | FOR POLISHING NORDIC LOGO PLATES | | 2016 | | | $0.00 |
| CRAFTSMAN | TOOL CABINET | 12 DRAWER CABINET FOR MACHINING TOOL STORAGE | | 2013 | | | $50.00 |
| CRAFTSMAN | BENCH GRINDER | | | | | | $50.00 |
| HP | LASERJET | P1102W | | 2013 | CNC ROOM | | $25.00 |
| DELL | PC | VOSTRO | | 2013 | CNC ROOM | | scrap |

**OFFICES & CONF ROOM**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DELL | PC | VOSTRO i5 | | 2011 | ART'S | $750.00 | scrap |
| DELL | PC | VOSTRO i5 | | 2015 | LARRY'S | $750.00 | scrap |
| ULTRA | PC | AMD ANTHLON II | | 2008 | RECEPTIONIST | $500.00 | scrap |
| DELL | PC | INSPIRON 3847 i3 | | 2013 | MARCY'S | $750.00 | scrap |
| DELL | LAPTOP | INSPIRON 3521, i3 | BLACK | | FOR SHOP | $750.00 | scrap |
| DELL | LAPTOP | INSPIRON 15, 5000 SERIES, i7 | SILVER | 2017 | TRAVEL | $750.00 | scrap |
| DELL | SERVER | DELL SERVER | | 2021 | SERVER | $8,500.00 | $2,000.00 |
| HP | AIO PRINTER | 1536 MFP | | | ART'S | $250.00 | scrap |
| HP | LASER JET | P2035 | | | LARRY'S | $250.00 | $25.00 |
| HP | AIO PRINTER | PRO 400 MFP | | | MARCY'S | $250.00 | $25.00 |
| FLASH FORGE | 3D PRINTER | CREATOR PRO | | 2015 | | $850.00 | scrap |
| MODERN OFFICE | OFFICE FURNITURE | BUSINESS & ENG'N'G DESKS, HUTCHES, FILE CABINETS & STORAGE CABINET | | 2013 | | $3,500.00 | $250.00 |
| ART VAN | CONF ROOM FURNITURE | TABLE & 6 CHAIRS | | 2013 | | $1,500.00 | $50.00 |
| AT&T | TELEPHONES | 5 PHONES | | | | $250.00 | scrap |
| | SECURITY SYSTEM | SENSORS & MONITORS | | | | $2,500.00 | scrap |
| MODERN OFFICE | OFFICE FURNITURE | Engineering Workstations, Scott's Desk & Table, 6 Chairs, Tall Table & 3 Chairs | | 2021 | | $29,950.00 | $10,000.00 |
| MODERN OFFICE | OFFICE FURNITURE | Office furniture | | 2022 | | $4,810.00 | $1,500.00 |

**SOFTWARE**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AUTODESK | CAD | AUTOCAD 2002 | | | | $150.00 | gone |
| AUTODESK | CAD | AUTOCAD 2006 | | | | $800.00 | gone |
| SOLIDWORKS | 3D DESIGN SW | 2 ANNUAL LICENSES PRO LEVEL | 3000 each | | SINCE 2016 | $6,000.00 | $0.00 |
| PEACHTREE | ACCOUNTING SW | 1 LICENSE | | | | $750.00 | $0.00 |
| MAZAK | SMART SYSTEM | 1 LICENSE FOR NESTING AND CODING THE OPTIPLEX | | 2015 | LARRY'S PC | $2,000.00 | $0.00 |
| SHEET CAM | LASER CODING | 2 LICENSES | | | | $500.00 | $0.00 |
| BOBCAD | CAD/CAM | 2 LICENSES | V25 MILL PRO | 2013 | | | $0.00 |
| REMO DNC | SERIAL COMM PROGRAM | 2 LICENSES (LOAD PROGRAMS INTO 1kW LASER CONTROLLERS) | | | | $500.00 | $0.00 |
| ME CONSULTANT | MACHINING QUOTING | 1 LICENSE SHAREABLE ON SEVERAL MACHINES | | 2013 | | $150.00 | gone |
| SIMPLIFY3D | 3D PRINTING CODE GENERATOR | PROCESSING SOFTWARE FOR 3D PRINTER | | | | $150.00 | gone |
| NCPLOT | NCPLOT | G-CODE PLOTTER | | 2017 | | $300.00 | $0.00 |
| rvana Technologies Pvt L | PLUS BEND | BEND PREDICTION | | ~2010 | LARRY'S PC | $500.00 | $0.00 |
| IN HOUSE | G-CODE GENERATOR | CUSTOM WRITTEN POST PROCESSOR FOR SHEET CAM | | 2017 | | | $0.00 |
| IN HOUSE | BEND DEDUCTION | CUSTOM WRITTEN BEND PREDICTION TOOL (UNIQUELY ACCURATE!) | | 2017 | | | $0.00 |
| IN HOUSE | LASER TIME ESTIMATOR | CUSTOM WRITTEN LASER TIME PREDICTION TOOL FOR 1 KW & 4 KW MACHINES | | 2015 | | | $0.00 |
| IN HOUSE | CUSTOMER PART PRICES | QUOTING DATABASE OF CUSTOMER PARTS | | | | | $0.00 |
| IN HOUSE | G-CODE GENERATOR | MILLING G-CODE CREATOR | MAC MO MILL | 2013+ | | | $0.00 |
| IN HOUSE | LASER NESTING @ MACHINE | CREATES CODE FOR NESTING PARTS IN RECTANGULAR ARRAYS | MAC MO LASER | 2015 | | | $0.00 |
| RADAN | NESTING SOFTWARE | RADAN Software for New Laser | | 2022 | | $9,810.00 | $0.00 |

**NETWORKING**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NETGEAR | ROUTER | WNDR4500v3 | | 2017 | | | gone |
| NETGEAR | READYNAS | DATA STORAGE (SHARED DRIVE) | | ~2015 | OFFICE | | gone |
| NETGEAR | READYNAS | DATA BACKUP, OFF SITE | | 2017 | HOME | | gone |
| TPLINK | ETHERNET SWITCH | TL-SG1005D | | 2015 | LASERS | | gone |
| TPLINK | ETHERNET SWITCH | | | 2017 | MACH'G | | gone |
| NETGEAR | ACCESS POINT | WIRELESS RANGE EXTENDER | | 2013 | MACH'G | | gone |
| Dell | Engineering-Ted's Computer Workstation | Engineering-Ted's Computer Workstation | | 2021 | | $1,408.75 | $250.00 |
| Dell | President-Scott's Computer Workstation | President-Scott's Computer Workstation | | 2021 | | $1,714.08 | $250.00 |
| ICSW Data | Yeoling Telephone System | Yeolink Telephone System | | 2021 | | $2,651.00 | $1,500.00 |
| Dell | Quintin's Computer Workstation | Quintin's Computer Workstation | | 2021 | | $1,005.93 | $250.00 |
| Verizon | Cam-Kellie Cell Phones | Cam-Kellie Cell Phones | | 2021 | | $509.10 | gone |
| Kinetix | Internet Switch | Internet Switch | | 2022 | | $892.62 | $250.00 |
| Dell | Scott Tilma's Wireless Keyboard & Mouse | Scott Tilma's Wireless Keyboard & Mouse | | 2022 | | $1,058.94 | $0.00 |
| Dell | GM Computer | BJ's Computer | | 2022 | | $742.50 | $150.00 |
| Dell | Engr Mgr Laptop & Docking Station | Cam's Laptop & Docking Station | | 2022 | | $1,608.47 | $250.00 |
| Dell | CFO Laptop & Charger | Lisa's Laptop & Charger | | 2022 | | $1,284.40 | $250.00 |

| | | | |
|---|---|---|---|
| | **TOTAL ESTIMATED VALUE** | **$1,864,939.50** | **$399,125.00** |

**Fill in this information to identify the case:**

Debtor name _____ Precision Manufacturing Group, Inc._____

United States Bankruptcy Court for the: _____ WESTERN DISTRICT OF MICHIGAN _____

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Arthur and Marcy Gajewski<br>Creditor's Name<br><br>1875 Oak Berry Circle<br>Wellington, FL 33414<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>2019<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>All Asset<br><br>**Describe the lien**<br>UCC<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $150,000.00 | $0.00 |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** Byline Bank<br>Creditor's Name<br>Attn: Loan Operations<br>13925 W North Ave<br>Brookfield, WI 53005<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>2019<br>**Last 4 digits of account number**<br>7008 | **Describe debtor's property that is subject to a lien**<br>All Asset<br><br>**Describe the lien**<br>UCC<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $1,086,013.00 | $808,859.00 |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Debtor **Precision Manufacturing Group, Inc.**
_____
Name

Case number (if known) _____

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Byline Bank** | **Describe debtor's property that is subject to a lien** | $70,060.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

Attn: Loan Operations
13925 W North Ave
Brookfield, WI 53005
Creditor's mailing address

All Asset

**Describe the lien**
UCC

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
02/10/2022

■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**
9105

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.4 | **Byline Bank** | **Describe debtor's property that is subject to a lien** | $80,839.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

Attn: Loan Operations
13925 W North Ave
Brookfield, WI 53005
Creditor's mailing address

All Asset

**Describe the lien**
UCC

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
02/28/2019

■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**
7001

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.5 | **Byline Bank** | **Describe debtor's property that is subject to a lien** | $1,002,417.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

Attn: Loan Operations
13925 W North Ave
Brookfield, WI 53005
Creditor's mailing address

All Asset Lien and Mortgae on Real Property
Owned by Co-Borrower

**Describe the lien**
All Asset (plus Mortgage on Robyn's Nest)

**Is the creditor an insider or related party?**

■ No

---

Debtor    Precision Manufacturing Group, Inc.                    Case number (if known) _____
          Name

Creditor's email address, if known          ☐ Yes
                                            **Is anyone else liable on this claim?**

**Date debt was incurred**                  ■ No

                                            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
9110
**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
                                            ☐ Contingent
■ No                                        ☐ Unliquidated
                                            ☐ Disputed
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.6 | Small Business Administration | **Describe debtor's property that is subject to a lien** | $489,857.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

Office of Manag. and Budget
New Executive Office
Room 10202
Washington, DC 20503
Creditor's mailing address

**Describe the lien**
UCC
**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known          ☐ Yes
                                            **Is anyone else liable on this claim?**

**Date debt was incurred**                  ☐ No

                                            ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
7401
**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
                                            ☐ Contingent
■ No                                        ☐ Unliquidated
                                            ☐ Disputed
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $2,879,186.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Lisa Hall<br>Plunkett Cooney<br>333 Bridge St.<br>Suite 530<br>Grand Rapids, MI 49504 | Line  2.2 | |
| Robyn's Nest<br>2176 E. Laketon Ave.<br>Muskegon, MI 49442 | Line  2.5 | |

Debtor   Precision Manufacturing Group, Inc.                     Case number (if known)
         Name

Scott and Elizabeth Tilma                                        Line  2.5
3437 Pigeon HIll Ct.
Muskegon, MI 49441

United States Attorney General                                   Line  2.6
Attn: Nicole Mazzocco
330 Ionia Ave NW
The Law Bldg., Ste. 501
Grand Rapids, MI 49503

United States Attorney General                                   Line  2.6
Attn: Donna Justice
330 Ionia Ave NW
The Law Bldg, Ste 501
Grand Rapids, MI 49503

**Fill in this information to identify the case:**

Debtor name  Precision Manufacturing Group, Inc.

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**  Priority creditor's name and mailing address
Internal Revenue
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $0.00   Priority amount $0.00

Date or dates debt was incurred

Basis for the claim:
Current - Notice Only

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**2.2**  Priority creditor's name and mailing address
Michigan Department
of Treasury
PO Box 30199
Lansing, MI 48909

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $0.00   Priority amount $0.00

Date or dates debt was incurred

Basis for the claim:
Current- Notice Only

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Precision Manufacturing Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.3** Priority creditor's name and mailing address

Michigan Unemployment
Insurance Agency
3024 Grand Blvd.
Suite 12-300
Detroit, MI 48202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Current - Notice Only

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

Air Components Inc.
1119 Morren Ct
Po Box 407
Wayland, MI 49348

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,163.63

**3.2** Nonpriority creditor's name and mailing address

Chase Card
PO Box 15298
Wilmington, DE 19850

**Date(s) debt was incurred** _
**Last 4 digits of account number** 6865

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Services

Is the claim subject to offset? ■ No ☐ Yes

$69,688.63

**3.3** Nonpriority creditor's name and mailing address

Consumers Energy
Bankruptcy Dept.
Po Box 740309
Cincinnati, OH 45274-0309

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

Is the claim subject to offset? ■ No ☐ Yes

$4,748.82

**3.4** Nonpriority creditor's name and mailing address

DTE Energy
3200 Hobson St
Detroit, MI 48201

**Date(s) debt was incurred** April 2026
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

Is the claim subject to offset? ■ No ☐ Yes

$533.55

**3.5** Nonpriority creditor's name and mailing address

Great Lakes Finishing
510 W Hackley Ave
Muskegon, MI 49444

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Debt

Is the claim subject to offset? ■ No ☐ Yes

$712.05

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 2 of 6

Debtor    Precision Manufacturing Group, Inc.                          Case number (if known) _____
          Name

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,411.04 |

Great Lakes Machine Solutions
1644 Franklin Ave
Grand Haven, MI 49417

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $27,965.05 |

Harbor Steel & Supply Corp
1115 East Broadway
PO Box 4250
Muskegon, MI 49444-0250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $320.69 |

ICS Data
6470 Grand Haven Rd
Muskegon, MI 49441

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $224.36 |

Johnson Controls Security
PO Box 371967
Pittsburgh, PA 15250-7967

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $41,661.76 |

Joseph T. Ryerson & Son
24487 Network Place
Chicago, IL 60673-1244

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,948.41 |

JS Custom Sales, LLC
12887 Woodbriar LN
Grand Haven, MI 49417

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $622.00 |

Mari Manufacturing &
Engineering, Inc.
1012 Carolina Dr.
West Chicago, IL 60185

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   Precision Manufacturing Group, Inc.                    Case number (if known)   _____
         Name

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,467.08 |
|---|---|---|---|

MG Laser, Inc.
215 Forest Ave
Oak Park, IL 60302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Vendor Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,211.25 |
|---|---|---|---|

Miller Johnson
Attn Accounting Dept
Po Box 306
Grand Rapids, MI 49501-0306

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Attorney Fees

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $444,930.90 |
|---|---|---|---|

Mitsubishi Capital America
800 Connecticut Ave.
Norwalk, CT 06854

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Judgment - Deficiency from Leased Equipment

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,350.00 |
|---|---|---|---|

Muskegon Community College
ATTN: STEPHANIE BRIGGS
221 S QUARTERLINE RD
Muskegon, MI 49442

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,176.70 |
|---|---|---|---|

Online Freight Services, Inc.
PO BOX 860789
Minneapolis, MN 55486-0789

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Logistic Services

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,000.00 |
|---|---|---|---|

Pandos-Leitelt, Inc.
2301 TURNER AVENUE NW
Grand Rapids, MI 49544-2002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Vendor Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $47,163.00 |
|---|---|---|---|

Phoenix Metals
P.O. BOX 932589
Atlanta, GA 31193-2589

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Vendor Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  Precision Manufacturing Group, Inc.                    Case number (if known) _____
        _____
        Name

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $970.13 |

**Nonpriority creditor's name and mailing address**
Principle Life Insurance
PO BOX 77202
Minneapolis, MN 55480-7200

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance

Is the claim subject to offset? ■ No ☐ Yes

**$970.13**

---

3.21 **Nonpriority creditor's name and mailing address**
Priority Health
3915 MOMENTUM PLACE
Chicago, IL 60689-5339

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Health Insurance

Is the claim subject to offset? ■ No ☐ Yes

**$13,461.47**

---

3.22 **Nonpriority creditor's name and mailing address**
Spartan Precision Machining
135 MASON DRIVE
Coopersville, MI 49404

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Debt

Is the claim subject to offset? ■ No ☐ Yes

**$4,122.76**

---

3.23 **Nonpriority creditor's name and mailing address**
Spec Abrasives and Finishing
543 W. SOUTHERN AVE
Muskegon, MI 49441

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Debt

Is the claim subject to offset? ■ No ☐ Yes

**$3,640.00**

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Jason Z. Brainer<br>Dickinson Wright, PLLC<br>2600 W. Big Beaver Rd<br>Suite 300<br>Troy, MI 48084 | Line 3.15<br>☐ Not listed. Explain ___ | _ |
| 4.2 | Michigan Attorney General<br>P.O. Box 30212<br>Lansing, MI 48909 | Line 2.2<br>☐ Not listed. Explain ___ | _ |
| 4.3 | Mitsubishi Capital America<br>C/O Corporation Service Co<br>251 Little Falls Dr.<br>Wilmington, DE 19808 | Line 3.15<br>☐ Not listed. Explain ___ | _ |
| 4.4 | Mitsubishi Capital America<br>PO Box 71347<br>Chicago, IL 60694-1347 | Line 3.15<br>☐ Not listed. Explain ___ | _ |

Debtor    Precision Manufacturing Group, Inc.
           Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.5   United States Attorney General<br>Attn: Nicole Mazzocco<br>330 Ionia Ave NW<br>The Law Bldg., Ste. 501<br>Grand Rapids, MI 49503 | Line   2.1<br><br>☐   Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.   + | $ | 695,493.28 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 695,493.28 |

**Fill in this information to identify the case:**

Debtor name     Precision Manufacturing Group, Inc.

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*          *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | $17,000 per month for commercial lease of premises, including property taxes. | |
| State the term remaining | | Robyn's Nest Management, LLC |
| List the contract number of any government contract | | 2176 E. Laketon Ave. Muskegon, MI 49442 |

**Fill in this information to identify the case:**

Debtor name        Precision Manufacturing Group, Inc.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Robyn's Nest | 2176 E. Laketon Ave. Muskegon, MI 49442 | Byline Bank | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.2 | Robyn's Nest | 2176 E. Laketon Ave. Muskegon, MI 49442 | Byline Bank | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.3 | Robyn's Nest | 2176 E. Laketon Ave. Muskegon, MI 49442 | Byline Bank | ■ D __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.4 | Scott and Elizabeth Tilma | 3437 Pigeon Hill Ct. Muskegon, MI 49441 | Byline Bank | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.5 | Scott and Elizabeth Tilma | 3437 Pigeon Hill Ct. Muskegon, MI 49441 | Byline Bank | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |

Debtor    Precision Manufacturing Group, Inc.                    Case number *(if known)*  _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | Scott and Elizabeth Tilma | 3437 Pigeon HIll Ct. Muskegon, MI 49441 | Byline Bank | ■ D ___2.4___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | Scott and Elizabeth Tilma | 3437 Pigeon HIll Ct. Muskegon, MI 49441 | Small Business Administration | ■ D ___2.6___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.8 | Scott and Elizabeth Tilma | 3437 Pigeon HIll Ct. Muskegon, MI 49441 | Arthur and Marcy Gajewski | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name __Precision Manufacturing Group, Inc.__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF MICHIGAN__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2026 to Filing Date | ■ Operating a business<br>☐ Other _____ | $869,309.00 |
| For prior year:<br>From  1/01/2025 to 12/31/2025 | ■ Operating a business<br>☐ Other _____ | $3,254,544.79 |
| For year before that:<br>From  1/01/2024 to 12/31/2024 | ■ Operating a business<br>☐ Other _____ | $2,901,617.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor  Precision Manufacturing Group, Inc.                    Case number (if known) _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Mitsubishi Capital America<br>800 Connecticut Ave.<br>Norwalk, CT 06854 | February 9, 2026 | $25,168.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Levied from Debtor's Bank Account |
| 3.2. | Byline Bank<br>13925 West North Avenue<br>Brookfield, WI 53005 | Various in 90 Days Prior to Filing | $37,044.42 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. | Chase Bank<br>PO Box 9001020<br>Louisville, KY 40290 | Various | $19,500.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Credit Card Payments |
| 3.4. | Consumers Energy<br>One Energy Plaza<br>Jackson, MI 49201-2276 | Monthly | $10,412.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Utility Payments |
| 3.5. | Joseph T. Ryerson & Son<br>24487 Network Place<br>Chicago, IL 60673-1244 | Various in 90 days prior to filing | $42,914.97 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other  Vendor - Steel |
| 3.6. | Phoenix Metals<br>P.O. BOX 932589<br>Atlanta, GA 31193-2589 | Various in 90 days prior to filing | $49,518.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other  Vendor - Steel |
| 3.7. | Priority Health<br>1231 East Beltline NE<br>Grand Rapids, MI 49525-4501 | Various in 90 days prior to filing. | $27,567.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Monthly employee health insurance |

Debtor     Precision Manufacturing Group, Inc. _____     Case number _(if known)_ _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer _Check all that apply_ |
|---|---|---|---|
| 3.8. Priority 1<br>PO BOX 840808<br>Dallas, TX 75284-0808 | Various in 90 days prior to filing. | $8,447.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other _Freight Service_ |
| 3.9. Purity Cylinder Gases Inc.<br>PO Box 9390<br>Grand Rapids, MI 49509 | Various in 90 days prior to filing. | $24,530.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other _Gas for Manufacturing Process_ |
| 3.10. SRC, LLC | Various in 90 days prior to filing. | $14,688.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other _Product for Resale_ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. _Insiders_ include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

Debtor    Precision Manufacturing Group, Inc.                    Case number *(if known)* _____

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Mitsubishi HC Capital America v. Precision Manufacturing Group, Inc., et al 25-000304-CB | Civil | 14th Judicial Court 990 Terrace Street Muskegon, MI 49442 | ☐ Pending ☐ On appeal ■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    Precision Manufacturing Group, Inc.                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | CBH Attorneys & Counselors, PLLC. MAIN OFFICE 25 Division Avenue S., Suite 500 Grand Rapids, MI 49503 | Attorney Fees: $17,010.00 (Original Retainer $20,000) Filing Fee: $1,738.00 | 05/04/2026 | $17,010.00 |

**Email or website address**
nikki@chasebylenga.com

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Debtor   Precision Manufacturing Group, Inc.                                   Case number *(if known)* _____

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐   No.
■   Yes. State the nature of the information collected and retained.

EIN Numbers of Customers/Vendors.  Social Security Numbers from Sole
Proprietor Customers/Vendors.

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐   No. Go to Part 10.
■   Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Debtor    Precision Manufacturing Group, Inc.                                      Case number *(if known)*

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Scott Tilma<br>3437 Pigeon HIll Ct.<br>Muskegon, MI 49441 | 2176 E. Laketon Ave<br>Muskegon, MI 49442 | 1950 Chris-Craft Riviera - stored in pieces. | $0.00 |

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☑  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

---

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page **7**

Debtor   Precision Manufacturing Group, Inc.                     Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Culver CPA Group<br>1419 Coit Ave NE<br>Grand Rapids, MI 49505-4905 | 2019 to Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    Culver CPA Group<br>1419 Coit Ave NE<br>Grand Rapids, MI 49505-4905 | 2019 to Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Culver CPA Group<br>1419 Coit Ave NE<br>Grand Rapids, MI 49505-4905 | |
| 26c.2.    Sage Software, Inc.<br>271 17th Street NW<br>Atlanta, GA 30363 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    Mitsubishi Capital America<br>800 Connecticut Ave.<br>Norwalk, CT 06854 |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐   No
■   Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.   Scott Tilma | December 30, 2025 | |

| Name and address of the person who has possession of inventory records |
|---|
| Scott Tilma<br>3437 Pigeon HIll Ct.<br>Muskegon, MI 49441 |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor   Precision Manufacturing Group, Inc.                                   Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott Tilma | 3437 Pigeon HIll Ct. Muskegon, MI 49441 | Shareholder and CEO | 195000 Shares |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Elizabeth Tilma | 3437 Pigeon HIll Ct. Muskegon, MI 49441 | Shareholder and CFO | 1500 Shares |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Scott Tilma 3437 Pigeon HIll Ct. Muskegon, MI 49441 | $75,000.00 | Annual Salary | Annual Salary |
| | **Relationship to debtor** Owner/CEO | | | |
| 30.2. | Elizabeth Tilma 3437 Pigeon HIll Ct. Muskegon, MI 49441 | $75,000.00 | Annual Salary | Annual Salary |
| | **Relationship to debtor** Owner/CFO | | | |
| 30.3. | Liam Tilma | $60,000.00 | Annual Salary | Annual Salary |
| | **Relationship to debtor** Child of Owners | | | |
| 30.4. | Cameron Tilma | $54,999.88 | Annual Salary | Annual Salary |
| | **Relationship to debtor** Child of Owners | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Debtor    Precision Manufacturing Group, Inc.                          Case number *(if known)* _____

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        May  4, 2026

/s/ Scott Tilma                                    Scott Tilma
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor      Shareholder/CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Western District of Michigan

In re  Precision Manufacturing Group, Inc.

Debtor(s)

Case No. _____

Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Elizabeth Tilma<br>3437 Pigeon HIll Ct.<br>Muskegon, MI 49441 | | 15000 | Stock |
| Scott Tilma<br>3437 Pigeon HIll Ct.<br>Muskegon, MI 49441 | | 195000 | Stock |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Shareholder/CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  May  4, 2026

Signature  /s/ Scott Tilma

Scott Tilma

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
**Western District of Michigan**

In re    Precision Manufacturing Group, Inc.                                    Case No.
                                    Debtor(s)                    Chapter      11

# VERIFICATION OF CREDITOR MATRIX

I, the Shareholder/CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    May  4, 2026                         /s/ Scott Tilma
                                              Scott Tilma/Shareholder/CEO
                                              Signer/Title

```
AIR COMPONENTS INC.
1119 MORREN CT
PO BOX 407
WAYLAND MI 49348


ARTHUR AND MARCY GAJEWSKI
1875 OAK BERRY CIRCLE
WELLINGTON FL 33414


BYLINE BANK
ATTN: LOAN OPERATIONS
13925 W NORTH AVE
BROOKFIELD WI 53005


CHASE CARD
PO BOX 15298
WILMINGTON DE 19850


CONSUMERS ENERGY
BANKRUPTCY DEPT.
PO BOX 740309
CINCINNATI OH 45274-0309


DTE ENERGY
3200 HOBSON ST
DETROIT MI 48201


GREAT LAKES FINISHING
510 W HACKLEY AVE
MUSKEGON MI 49444


GREAT LAKES MACHINE SOLUTIONS
1644 FRANKLIN AVE
GRAND HAVEN MI 49417


HARBOR STEEL & SUPPLY CORP
1115 EAST BROADWAY
PO BOX 4250
MUSKEGON MI 49444-0250


ICS DATA
6470 GRAND HAVEN RD
MUSKEGON MI 49441
```

INTERNAL REVENUE
PO BOX 7346
PHILADELPHIA PA 19101-7346


JASON Z. BRAINER
DICKINSON WRIGHT, PLLC
2600 W. BIG BEAVER RD
SUITE 300
TROY MI 48084


JOHNSON CONTROLS SECURITY
PO BOX 371967
PITTSBURGH PA 15250-7967


JOSEPH T. RYERSON & SON
24487 NETWORK PLACE
CHICAGO IL 60673-1244


JS CUSTOM SALES, LLC
12887 WOODBRIAR LN
GRAND HAVEN MI 49417


LISA HALL
PLUNKETT COONEY
333 BRIDGE ST.
SUITE 530
GRAND RAPIDS MI 49504


MARI MANUFACTURING &
ENGINEERING, INC.
1012 CAROLINA DR.
WEST CHICAGO IL 60185


MG LASER, INC.
215 FOREST AVE
OAK PARK IL 60302


MICHIGAN ATTORNEY GENERAL
P.O. BOX 30212
LANSING MI 48909

MICHIGAN DEPARTMENT
OF TREASURY
PO BOX 30199
LANSING MI 48909


MICHIGAN UNEMPLOYMENT
INSURANCE AGENCY
3024 GRAND BLVD.
SUITE 12-300
DETROIT MI 48202


MILLER JOHNSON
ATTN ACCOUNTING DEPT
PO BOX 306
GRAND RAPIDS MI 49501-0306


MITSUBISHI CAPITAL AMERICA
800 CONNECTICUT AVE.
NORWALK CT 06854


MITSUBISHI CAPITAL AMERICA
C/O CORPORATION SERVICE CO
251 LITTLE FALLS DR.
WILMINGTON DE 19808


MITSUBISHI CAPITAL AMERICA
PO BOX 71347
CHICAGO IL 60694-1347


MUSKEGON COMMUNITY COLLEGE
ATTN: STEPHANIE BRIGGS
221 S QUARTERLINE RD
MUSKEGON MI 49442


ONLINE FREIGHT SERVICES, INC.
PO BOX 860789
MINNEAPOLIS MN 55486-0789


PANDOS-LEITELT, INC.
2301 TURNER AVENUE NW
GRAND RAPIDS MI 49544-2002

PHOENIX METALS
P.O. BOX 932589
ATLANTA GA 31193-2589


PRINCIPLE LIFE INSURANCE
PO BOX 77202
MINNEAPOLIS MN 55480-7200


PRIORITY HEALTH
3915 MOMENTUM PLACE
CHICAGO IL 60689-5339


ROBYN'S NEST
2176 E. LAKETON AVE.
MUSKEGON MI 49442


ROBYN'S NEST MANAGEMENT, LLC
2176 E. LAKETON AVE.
MUSKEGON MI 49442


SCOTT AND ELIZABETH TILMA
3437 PIGEON HILL CT.
MUSKEGON MI 49441


SMALL BUSINESS ADMINISTRATION
OFFICE OF MANAG. AND BUDGET
NEW EXECUTIVE OFFICE
ROOM 10202
WASHINGTON DC 20503


SPARTAN PRECISION MACHINING
135 MASON DRIVE
COOPERSVILLE MI 49404


SPEC ABRASIVES AND FINISHING
543 W. SOUTHERN AVE
MUSKEGON MI 49441


UNITED STATES ATTORNEY GENERAL
ATTN: NICOLE MAZZOCCO
330 IONIA AVE NW
THE LAW BLDG., STE. 501
GRAND RAPIDS MI 49503

```
UNITED STATES ATTORNEY GENERAL
ATTN: DONNA JUSTICE
330 IONIA AVE NW
THE LAW BLDG, STE 501
GRAND RAPIDS MI 49503
```

# United States Bankruptcy Court
## Western District of Michigan

In re   Precision Manufacturing Group, Inc.
_____
                                    Debtor(s)

Case No. _____
Chapter   11   _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Precision Manufacturing Group, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

May  4, 2026
_____
Date

/s/ Steven M. Bylenga
_____
Steven M. Bylenga P73492

Signature of Attorney or Litigant
Counsel for   Precision Manufacturing Group, Inc.
_____
CBH Attorneys & Counselors, PLLC.
MAIN OFFICE
25 Division Avenue S., Suite 500
Grand Rapids, MI 49503
616-608-3061 Fax:616-719-3782
nikki@chasebylenga.com